JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HOMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and LOCKHEED MARTIN CORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No: CV10-9186 PA(SSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**<u>TRIAL</u>**:<br>Date:　　September 27, 2011<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 15<br>Judge:　　Hon. Percy Anderson<br><br>Date Action Filed: November 30, 2010 |

# O R D E R

　　The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: August 1, 2011

_____
Honorable Percy Anderson
Judge of the U.S. District Court